UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. RICE,<br><br>  Petitioner,<br><br> v.<br><br>M.E. SPEARMAN,<br><br>  Respondent. | 1:15-cv-00437- MJS (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 12-13)<br><br>30-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 9, 2015, Petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner is granted thirty-days from the date of service of this order in which to file objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:  July 13, 2015                               /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

1